# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

NOZOMI PRINCE LABARRERE,

    Plaintiff,

v.                                                                          No. 1:24-cv-01152-JMC-GBW

CAPITAL BANK CORPORATION,
EDWARD BARRY,
DOMINIC CANUSO and
KARL DICKER,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                       /s/ Joel M. Carson III
                                       **JOEL M. CARSON III**
                                       **UNITED STATES CIRCUIT JUDGE**
                                       **Sitting by Designation**